1  KAMER ZUCKER ABBOTT
   Scott M. Abbott        #4500
2  Bryan J. Cohen         #8033
   3000 West Charleston Boulevard, Suite 3
3  Las Vegas, Nevada 89102-1990
   Tel: (702) 259-8640
4  Fax: (702) 259-8646
   Email: sabbott@kzalaw.com
5  Email: bcohen@kzalaw.com

6  Attorneys for Defendant
   Cirque du Soleil America, Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
                          DISTRICT OF NEVADA
10

11 TERRY WILKIE,                          )   Case No. 2:14-cv-01080-RFB-PAL
                                          )
12                Plaintiff,              )
                                          )   **STIPULATION FOR DISMISSAL**
13 vs.                                    )   **WITH PREJUDICE**
                                          )
14 BELLAGIO LLC; CIRQUE DU SOLEIL         )
   AMERICA, INC. and DOES 1-20, inclusive,)
15                                        )
                  Defendants.             )
16 _____)

17       Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties, by and

18 through their respective counsel of record, hereby stipulate and request that the above-captioned

19 case be dismissed in its entirety *with prejudice*. Each party is to bear their own attorneys' fees

20 and costs, except as otherwise agreed.

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

WHEREFORE, the parties respectfully request that this matter be dismissed *with prejudice*, with each party to bear their own costs and attorneys' fees, except as otherwise agreed.

DATED this 12th day of December, 2014.

| ADAMS ESQ | LITTLER MENDELSON, P.C. |
|---|---|
| By: /s/ Lawrence W. Freiman<br>Lawrence W. Freiman   #10588<br>(Of Counsel)<br>703 South Eighth Street<br>Las Vegas, Nevada 89101<br>Tel:   (702) 289-4143<br>Fax:  (702) 924-7200<br><br>Attorneys for Plaintiff | By: /s/ Rachel R. Silverstein<br>Patrick H. Hicks        #4632<br>Rachel R. Silverstein   #11057<br>3960 Howard Hughes Pkwy., Suite 300<br>Las Vegas, Nevada 89169<br>Tel:   (702) 862-8800<br>Fax:  (702) 862-8811<br><br>Attorneys for Defendant Bellagio, LLC |

KAMER ZUCKER ABBOTT

By: /s/ Bryan J. Cohen
Scott M. Abbott   #4500
Bryan J. Cohen    #8033
3000 West Charleston Blvd., Suite 3
Las Vegas, Nevada 89102
Tel:   (702) 259-8640
Fax:  (702) 259-8646

Attorneys for Defendant
Cirque du Soleil America, Inc.

**ORDER**

**IT IS SO ORDERED.**

DATED: December 23, 2014.

_____
RICHARD F. BOULWARE, II
United States District Judge